## Spezialetti Unemployment Compensation Case.

Submitted December 10, 1970. *Robert Lazorchick,* and *Scott & Lazorchick,* for claimant, appellant; *Sydney Reuben,* Assistant Attorney General, and *Fred Speaker,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

## Suleski, Appellant, *v.* McCormick.

 Argued November 10, 1970. *Leonard M. Mendelson,* for appellant; *Kim Darragh,* with him *Meyer, Darragh, Buckler, Bebenek & Eck,* for appellee.

Judgment affirmed.